UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETER SCHIFF,

    Plaintiff,

v.                                Case No.  8:11-mc-45-T-24 TBM

GERALD T. GRENOUGH and
NANCY A. GRENOUGH,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Hold Defendants in Civil Contempt. (Doc. No. 2).  This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge McCoun has filed his report recommending that Plaintiff's motion be denied. (Doc. No. 47). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1)     The Magistrate Judge's Report and Recommendation (Doc. No. 47) is adopted and incorporated by reference in this Order of the Court.

(2)     Plaintiff's Motion to Hold Defendants in Civil Contempt (Doc. No. 2) is **DENIED**.

(3)     The Clerk is directed to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of November, 2012.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
The Honorable Thomas B. McCoun, III